UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| MOTAZ ALHINDI,<br><br>                     Plaintiff,<br><br>vs.<br><br>AMERICAN ENTERPRISE SERVICES CO. et al.,<br><br>                     Defendants. | Case No. 2:15-cv-02271-GMN-VCF<br><br>ORDER |

Currently pending before the Court is Defendant American Enterprise Services Company's insurance carrier's representative from attending the early neutral evaluation session scheduled for March 3, 2016. Docket No. 10. Defendant represents that it will attend the ENE personally with full authority up to the limits of its self-insured retention; however, Defendant fails to represent what that amount is. The Court hereby **ORDERS** Defendant to file a statement so indicating no later than January 8, 2016. In addition, the Court orders any response to the motion must be filed no later than January 15, 2016.

IT IS SO ORDERED.

Dated: January 7, 2016.

_____
Nancy J. Koppe
United States Magistrate Judge