# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MOTAZ ALHINDI,<br><br>          Plaintiff,<br><br>vs.<br><br>AMERICAN ENTERPRISE SERVICES CO. et al.,<br><br>          Defendants. | Case No. 2:15-cv-02271-GMN-VCF<br><br>ORDER<br><br>(Docket No. 10) |

Currently pending before the Court is Defendant American Enterprise Services Company's insurance carrier's representative from attending the early neutral evaluation session (ENE) scheduled for March 3, 2016. Docket No. 10. Defendant represents that it will attend the ENE personally with full authority up to the limits of its self-insured retention and asks the Court to excuse personal attendance of its insurance representative. *Id*. On January 7, 2016, the Court ordered Defendant to file a statement, no later than January 8, 2016, indicating the amount that constitutes the limit of its self-insured retention. Docket No. 11. To date, Defendant has failed to comply. Therefore, the Court is unable to discern if the personal appearance of Defendant's insurance representative is necessary for a productive ENE.

Accordingly, Defendant's motion for waiver of attendance at ENE (Docket No. 10) is **DENIED** without prejudice. If Defendant chooses to file a renewed motion, it must do so no later than January 13, 2016, and it must include the information regarding its self-insured retention.

IT IS SO ORDERED.

Dated: January 11, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge