1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MOTAZ ALHINDI, ) | Case No. 2:15-cv-02271-GMN-VCF |
| Plaintiff, ) | |
| vs. ) | ORDER |
| AMERICAN ENTERPRISE SERVICES CO. et al., ) | (Docket No. 13) |
| Defendants. ) | |

Pending before the Court is Defendant American Enterprise Services Company's motion for an exception to the attendance requirements at the early neutral evaluation session ("ENE") scheduled in this case.  Docket No. 13.  The motion is hereby **GRANTED**.  Michele Sepich must attend the ENE telephonically with full authority, but will not be required to attend in person.

IT IS SO ORDERED.

DATED: January 15, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge